Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20- |
| ROBYN WALLWORK | ) | |
| | ) | Chapter 11 (Sub-Chapter 5) |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY**

I, Aaron J. Tolson, Esq., being first duly sworn on oath, deposes and says:

1. That the Debtor herein filed a Petition under Chapter 11 of 11 USC on October 29, 2020.

2. The Debtor has expressed a desire to employ Aaron J. Tolson, Esq., an attorney duly admitted to practice in this Court.

3. It is necessary for Debtor to employ an attorney for such professional services inasmuch as Debtor is without any legal experience in any matters, including the Bankruptcy Code.

4. The professional services that your affiant are to render are:

    a.  To give Debtor legal advice with respect to its powers and duties under Chapter 11;

1 - AFFIDAVIT IN SUPPORT OF MOTION FOR APPROVAL OF COUNSEL

  b. To take the necessary action to avoid liens as required;

  c. To prepare on behalf of your applicant all necessary applications, answers, orders, reports, and any other legal papers required by the Court;

  d. To perform all other legal services on behalf of your Debtor herein.

  e. File Motions for Use of Cash Collateral and Obtain Authority to Incur Secured Debt, if and when necessary.

5. Because of the extensive legal services required your applicant desires to employ your affiant, under a general retainer at the standard hourly rate of $250.00 per hour.

6. Neither Aaron J. Tolson nor Tolson & Wayment, PLLC represents any interest adverse to Debtor or the estate in the matters upon which she is to be engaged for Debtor and her employment would be in the best interest of the estate. Debtor's husband was represented by Aaron J. Tolson in a prior Bankruptcy.

7. To the best of your affiant's knowledge, your affiant has no connection with the creditors or any other party in interest or their respective attorneys.

8. Your affiant represents no interest adverse to Debtor or the estate in the matters upon which she is to be engaged for Debtor and his employment would be in the best interest of the estate.

  DATED this 26 day of October, 2020.

            _____
            Aaron J. Tolson
            Attorney for Debtor

SUBSCRIBED AND SWORN TO before me this 26 day of October, 2020.

            _____
            NOTARY PUBLIC OF IDAHO
            Residing at:
            Expires:

2 - AFFIDAVIT IN SUPPORT OF MOTION FOR APPROVAL OF COUNSEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2020, I filed a copy of the attached document with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

US Trustee ustp.region18.bs.ecf@usdoj.gov

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

_____
Aaron J. Tolson
Attorney at Law

3 -  AFFIDAVIT IN SUPPORT OF MOTION FOR APPROVAL OF COUNSEL